IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Lifestyle Realty, LLC<br>d/b/a Donna Kerr Group, | * | |
| | * | |
| Plaintiff/Counter-Defendant | * | |
| | * | |
| v. | * | Civil Action No. MJM-23-629 |
| | * | |
| Susan Kirn *et al.*, | * | |
| | * | |
| | * | |
| Defendants/Counter-Plaintiffs. | * | |
| | * | |

*************************************************************************

**ATTESTATION ORDER**

On November 15, 2023, the undersigned conducted a discovery dispute hearing. (ECF No. 58).

It is the expectation of this Court that all parties will proceed in accordance with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Maryland (D. Md. 2023) ("Local Rules").

To ensure compliance with this expectation, it is hereby **ORDERED** that:

By no later than **November 28, 2023**, counsel for all parties shall file an attestation. In this attestation, counsel will list their names, and certify that they have read, understand, and agree to be bound by the Federal Rules of Civil Procedure and the Local Rules, **including** the following:

(1) Fed. R. Civ. P. 11;

(2) Fed. R. Civ. P. 16(b)(3)(B)(v)[1]

---

[1] Although Fed. R .Civ. P. 16(b)(3)(B)(v) refers to motions, the same requirement applies to notices of intent to file discovery-related motions.

(3) Fed. R. Civ. P. 26(b)(1);

(4) Fed. R. Civ. P. 26(b)(2)(C)(i)-(iii). 26(b)(3) – 26(b)(5);

(5) Fed. R. Civ. P. 26(c);

(6) Fed. R. Civ. P. 26(g)(1)(A), 26(g)(1)(B)(i)-(iii), 26(g)(2), 26(g)(3);

(7) Fed. R. Civ. P. 30;

(8) Fed. R. Civ. P. 33;

(9) Fed. R. Civ. P.34;

(10) Fed. R. Civ. P. 36

(11) The Advisory Committee notes related to the abovementioned Federal Rules of Civil Procedure;

(12) Local Rules, Appendix A, Guidelines 1, 4, 5, 6, 7, 8, 9, 10;

(13) Local Rule 104.1

(14) Local Rules 104.7- 104.8

Date: November 16, 2023

/s/
_____
The Honorable Gina L. Simms
United States Magistrate Judge