



**GLENN C. ETELSON | ATTORNEY AT LAW**
T (301) 231-0956  E getelson@shulmanrogers.com

December 18, 2023

<u>**Via CM/ECF**</u>
The Hon. Matthew J. Maddox
U.S. District Court for the District of Maryland

  Re: *Lifestyle Realty, LLC d/b/a Donna Kerr Group v. Susan Kirn, et al.*
    Civil Action No. 8:23-cv-00629-MJM
    Request for Hearing

Dear Judge Maddox:

  On behalf of behalf of Plaintiff/Counter-Defendant, Lifestyle Realty, LLC d/b/a Donna Kerr Group ("Plaintiff"), I write to request a pre-motion conference on Plaintiff's request to file an amended pleading. See ECF. No. 49. Plaintiff filed that request on October 19, 2023. See id. On October 24, 2023, Judge Chuang scheduled a case management conference for November 15, 2023, to discuss it. See ECF No. 50. However, on November 14, 2023, the Court cancelled that conference and this case was reassigned from Judge Chuang to Your Honor.

  Plaintiff sought Defendants' consent to its request for leave to file its amended pleading, and even provided Defendants a copy of its proposed Third Amended Complaint. Plaintiff's Third Amended Complaint almost entirely amends its causes of action; there are almost no amendments to the factual allegations. Nevertheless, Defendants have withheld their consent. At the same time, and even though the amendment is not to the factual allegations, Defendants take the position that fact discovery should not commence until the operative pleading is determined.

  Plaintiffs seek to avoid further delay in these proceedings. This case has been pending for a year and a half; Plaintiff filed in State court in July 2022, and Defendant Compass DMV, LLC removed it to this Court in March 2023. No party discovery has taken place in the nine months this case has been pending in this Court.

  Fed. R. Civ. P. 15(a)(2) provides that this Court "should freely give leave [to amend a pleading] when justice so requires." Here, justice would be served by allowing Plaintiff to assert all its viable legal theories of recovery. A scheduling order has not yet been entered and allowing an amended pleading would not prejudice any party.

  Plaintiff respectfully requests either an order authorizing it to file an amended pleading or a pre-motion conference. Plaintiff cleared the following dates with Defendants for a conference next month: January 5, 10-12, 18-19 and 24.

Respectfully submitted,

SHULMAN ROGERS, P.A.

*/s/ Glenn C. Etelson*
Glenn C. Etelson, Bar No. 06760
getelson@shulmanrogers.com
Shirley M. Steinbach, Bar No. 20038
ssteinbach@shulmanrogers.com
12505 Park Potomac Avenue, Sixth Floor
Potomac, MD  20854
(301) 230-5200
*Attorneys for Plaintiff*

cc: All other counsel of record