

**SHIRLEY M. STEINBACH** | ATTORNEY AT LAW
T (301) 230-6565 Ext. 6267 E ssteinbach@shulmanrogers.com
Licensed In Maryland, D.C. & Virginia

September 24, 2024

**Via ECF**
Hon. Magistrate Judge Simms
U.S. District Court for the District of Maryland
6500 Cherrywood Lane, Suite 355A
Greenbelt, MD 20770

    Re:    *Lifestyle Realty, LLC d/b/a Donna Kerr Group v. Compass DMV, LLC, et al,*
           Case No. 8:23-cv-00629-MJM

Dear Judge Simms:

    As counsel of record for Plaintiff Lifestyle Realty, LLC d/b/a Donna Kerr Group, and in advance of the telephonic discovery hearing set for September 26, 2024 at 10:00 am, I write to advise that the issue pertaining to Request Nos. 3 & 4 of Plaintiff's Subpoenas to Verizon and T-Mobile is moot and need not be addressed by the court. The carriers have indicated that they do not retain the text message content requested with those Requests.

    Defendants Susan Kirn, Natalie Perez, Robin Goelman, and Maura Fitzgerald raised the issue with the Requests in their motion to quash at ECF No. 40. The history of the issue is summarized in Plaintiff's Request for Conference at ECF No. 83, which references the relevant docket entries.

                              Respectfully,

                              Shirley M. Steinbach, Esq.
                              Bar No.: 20038

cc:  Counsel of record via ECF