IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| **LIVESTYLE REALTY, LLC** )<br>d/b/a **DONNA KERR GROUP,** )<br>    )<br>    **Plaintiff/Counter-Defendant,** )<br>    )<br>    v.     )<br>    )<br>**SUSAN KIRN** *et al.***,** )<br>    )<br>    **Defendants.** )<br>_____ ) | Case No. 8:23-cv-00629-MJM |

### ORDER RELATED TO OUTSTANDING DISCOVERY DISPUTES

On September 26, 2024, the Court held a telephonic Rule 16 Conference/Discovery Dispute Hearing ("the hearing"). (ECF No. 93). During the hearing, the Court entertained argument where necessary and issued rulings on all of the outstanding discovery issues raised by the parties in ECF Nos. 40, 51, 68, 83, 92.

For the reasons articulated on the record during the telephonic hearing, it is hereby **ORDERED** that:

1. Requests Nos. 3 and 4, relating to the subpoenas issued to Verizon and T-Mobile, are **DENIED** as moot.

2. Plaintiff's request that the Individual Defendants further comply with ECF No. 38 is hereby **GRANTED**. By no later than **November 11, 2024**, the Individual Defendants shall produce to the Plaintiff/Counter-Defendant any responsive discovery not already produced, with accompanying metadata, including but not limited to all responsive text messages, social media messages, and email messages exchanged with, between, and among, the four Individual Defendants (including all ESI responsive to the list of approximately 100 search terms agreed upon by the Plaintiff/Counter-Defendant's counsel and the Individual Defendants' counsel for the production of responsive ESI) that are not privileged, along with a privilege log reflecting

1

any documents withheld or redacted on any privilege or similar grounds. The documents produced shall be unredacted.

3. Plaintiff's request to file a motion for spoilation is hereby **GRANTED**. The briefing schedule is as follows:

| Description of Event | Due Date |
|---|---|
| Plaintiff's Motion for Spoilation | March 1, 2025 |
| Defendants' Opposition | March 21, 2025 |
| Plaintiff's Reply | March 29, 2025 |

Date:   September 27, 2024

/s/
The Honorable Gina L. Simms
United States Magistrate Judge
